# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**HAMPTON PUGH COMPANY, LLC**  **PLAINTIFF/ COUNTERDEFENDANT**

v.  No. 3:17-cv-200-DPM

**MONSANTO COMPANY**  **DEFENDANT/ COUNTERCLAIMANT**

**DIVINE AND SERVICE LTD,**
**doing business as D&S LTD**  **DEFENDANT**

## ORDER

1. Defendants' motion* for leave to file a reply, № 19, is granted. The reply, Exhibit A to № 19 at pages 4–17, is deemed filed.

2. Any moving party may reply within seven calendar days of the response. And the Court looks forward to Hampton Pugh's reply on the removal issues.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 September 2017

---

* The Clerk should correct the title on the docket.